**MANATT, PHELPS & PHILLIPS, LLP**
CHRISTINE M. REILLY (Bar No. 226388)
CReilly@manatt.com
JUSTIN JONES RODRIGUEZ (Bar No. 279080)
JJRodriguez@manatt.com
PATRICE S. RUANE (Bar No. CA 347128)
PRuane@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone:    (310) 312-4000
Facsimile:    (310) 312-4224

Attorneys for Defendant Best Buy Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| ANDREW YEUNG, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEST BUY CO., INC.,<br><br>Defendant. | Case No. 3:25-cv-09550-AMO<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT AND TO SET HEARING DATE AND BRIEFING SCHEDULE ON DEFENDANT'S ANTICIPATED MOTION**<br><br>Judge:                    Araceli Martínez-Olguín<br>Current Deadline:     January 12, 2026<br>Requested Deadline: January 26, 2026 |

JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT
Case No. 3:25-cv-09550-AMO

Under Civil Local Rule 6-2, Plaintiff Andrew Yeung ("Plaintiff") and Best Buy Co., Inc., (individually, "Defendant" and together with Plaintiff, the "Parties") stipulate and agree to (i) extend the deadline for Defendant to answer, move, or otherwise respond to Plaintiff's Class Action Complaint (ECF 1, the "Complaint") to and including **January 26, 2026,** (ii) set a briefing and hearing schedule on Defendant's anticipated motion, and (iii) continue the Case Management Conference currently scheduled for March 5, 2026, as follows:

1. Plaintiff filed his Complaint on November 5, 2025. *See* ECF 1.

2. On November 26, 2025, the Parties stipulated, pursuant to Civil Local Rule 6-1(a), to extend the deadline for Defendant to answer, move, or otherwise respond to the Complaint to and including January 12, 2026.

3. The Parties have agreed, pending this Court's approval, to extend the responsive pleading deadline and set a briefing and hearing schedule on Defendant's anticipated motion. Specifically, the Parties agree to the following schedule:

    A. Defendant's response: January 26, 2026

    B. Plaintiff's opposition: February 25, 2026

    C. Defendant's reply: March 11, 2026

    D. Hearing: April 30, 2026

4. Further, a Case Management Conference is scheduled to take place on March 5, 2026. *See* ECF 11.

5. The Parties agree that it will conserve the Court's and Parties' resources to conduct the Case Management Conference after Defendant's anticipated motion is fully briefed.

6. Therefore, the Parties respectfully request the Court continue the Case Management Conference to April 30, 2026 or another date on which the Court also hears Defendant's anticipated motion.

7. Good cause exists for the requested extension so that the Parties can discuss private resolution and believe that the additional time will be productive. In addition, Defendant's counsel has several unmovable professional and personal scheduling conflicts with the current pleading deadline,

including filings in other federal and state matters, and due to travel during the recent holidays, which make completing the foregoing tasks by the current responsive pleading deadline extraordinarily difficult. The Parties agree that it will conserve the Court's and Parties' resources to conduct the Case Management Conference on the date set for hearing on Defendant's motion.

8. Entry of the continuance will not affect any deadlines in the case other than the Parties' deadline to hold the Rule 26(f) conference and submit their discovery plan.

9. These requests are not made for the purpose of delay, and are made in good faith and for the purposes of efficiency and judicial and party economy. Further, since this matter is still in its early stages and the Parties are in agreement, the extensions will not result in any prejudice to anyone or impact the timely resolution of this case.

10. Therefore, the Parties respectfully stipulate and request that the Court:

    A. Set the above briefing and hearing schedule on Defendant's anticipated response, and

    B. Continue the Case Management Conference to coincide with the new hearing date.

Respectfully submitted,

Dated: January 6, 2026

MANATT, PHELPS & PHILLIPS, LLP

By: */s/ Patrice S. Ruane*
Patrice S. Ruane

Attorneys for Defendant Best Buy Co., Inc.

Respectfully submitted,

Dated: January 6, 2026

KAPLAN FOX & KILSHEIMER, LLP

By: */s/ Blair E. Reed*
Blair E. Reed

Attorneys for Plaintiff Andrew Yeung

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES, CA

**SIGNATURE ATTESTATION**

Under Local Rule 5-1(i)(3), I attest that the other signatory has concurred in the filing of this document, which shall serve in lieu of her signature on the document.

Dated: January 6, 2026                                MANATT, PHELPS & PHILLIPS, LLP

                                                By:   */s/ Patrice S. Ruane*
                                                      Patrice S. Ruane

**CERTIFICATION OF CM/ECF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 6, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Federal Rules of Civil Procedure 5.

Dated: January 6, 2026                                MANATT, PHELPS & PHILLIPS, LLP

                                                By:   */s/ Patrice S. Ruane*
                                                      Patrice S. Ruane

**[PROPOSED] ORDER AS MODIFIED**

**PURSUANT TO STIPULATION, THE COURT ORDERS AS FOLLOWS:**

Having reviewed the Parties' Joint Stipulation to Extend Responsive Pleading Deadline and Set Hearing Date and Briefing Schedule on Defendant Best Buy Co., Inc.'s Anticipated Motion ("Stipulation"), and good cause appearing, **THE COURT ORDERS THAT:**

1. The Stipulation is approved,
2. Defendant's responsive pleading deadline is extended to January 26, 2026.
3. If Defendant files a motion to dismiss the complaint or motion to compel arbitration, Plaintiff's opposition will be due on February 25, 2026, Defendant's reply will be due on March 11, 2026, and the hearing will be on ~~April 30, 2026~~ May 14, 2026 at  2PM .
4. The Case Management Conference is continued to ~~April 30, 2026~~ May 14, 2026 to occur immediately after the motion hearing. The Case Management Statement is due on May 7, 2026 no later than 12:00 PM PST.

Dated: January 7, 2026

_____
HON. ARACELI MARTINEZ-OLGUÍN
United States District Judge